IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CELIA D. BROOKS,

       Appellant,

v.

GREEN TREE SERVICING LLC
AND THE UNKNOWN
TENANTS IN POSSESSION,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1738

Opinion filed September 19, 2014.

An appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

James Richard Le Mieux of Three Rivers Legal Services, Inc., Jacksonville, for Appellant.

Preston C. Davis of Timothy D. Padgett, P.A., Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, ROBERTS, and OSTERHAUS, JJ., CONCUR.